OFFICE OF THE CLERK
MARCIA M. WALDRON UNITED STATES COURT OF APPEALS TELEPHONE
CLERK FOR THE THIRD CIRCUIT 215-597-2995
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

western
~~Middle~~ Dist. Of PA Clerk of District Court Date 07/20/07
(District) (Pittsburgh)

Clarity Software LLC v Allianz Life Ins NA C. of A. No. 07-8034
(Caption)

04-cv-001441
(D.C. No.)

Clarity Software LLC
(Petitioner)

RECEIVED
JUL 24 2007
U.S. C.A. 3rd

Enclosures:

07/20/07 Certified copy of C. of A. Order by the **Court**/Clerk
(Date)

___Record

____ Released (Record) (Supplemental Record - First - Second - Third)

___Copy of this form to acknowledge receipt and return to C. of A.

___ Record not released at this time until appeal(s) closed at No.(s)

____ Please forward Certified List in Lieu of Record to this office.

____ The certified copy of order issued as the mandate on _____ is recalled.

Tina Koperna
(267)-299-4930
Case Manager

U.S. DISTRICT COURT
CLERK
2007 JUL 27 PM 2:59

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

June 29, 2007
No. 07-8034 BCO-130

Clarity Software LLC,

Petitioner

v.

Allianz Life Insurance of North America;
Dunhill Marketing and Insurance Services, Inc.

(W.D. PA No. 04-cv-01441

Present: MCKEE, FUENTES & VANANTWERPEN Circuit Judges

1) Petition by Clarity Software LLC for Permission to Appeal Memorandum Opinion and Order Dated April 25, 2007 Under 28 U.S.C. Sect. 1292(b).

2) Response in Opposition by Respondent Allianz Life Ins NA to Petition by Clarity Software LLC for Permission to Appeal.

3) Motion by Clarity Software LLC to File Reply Brief In Support of Petition for Permission to Appeal and Reply Attached.

Tina Koperna
Case Manager (267)299-4930

**ORDER**

**The foregoing motions are denied.**

By the Court

/s/ Julio M. Fuentes
Circuit Judge

A True Copy:

Marcia M. Waldron

Marcia M. Waldron, Clerk

**Dated: July 20, 2007**

tmk/cc:
David Altman, Esq.
Melissa L. Evans, Esq.
Rudy A. Fabian, Esq.
Bruce C. Fox, Esq.
Marilyn J. Larrimer, Esq.
Keith S. Moheban, Esq.
Kathleen G. Sheehan, Esq.
Erin Skold, Esq.
Charles M. Tea III, Esq.
Marshall J. Walthew, Esq.